UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHGIAN
SOUTHERN DIVISION

_____

WIEBE BOER and JOANNA BOER,                 CASE NO. 1:24-CV-385

    Plaintiffs,                                                           HON.  HALA Y. JARBOU

v.

CALVIN UNIVERSITY,

    Defendant.
_____

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Wiebe Boer and Joanna Boer hereby voluntarily dismiss the above-captioned case, with each party to bear its own court costs and attorneys' fees.

                                                                                  PINSKY SMITH, PC
                                                                                   Attorneys for Plaintiff Wiebe Boer

Dated: June 11, 2024         By:        */s/ Sarah R. Howard*
                                                                                     Sarah Riley Howard (P58531)
                                                                                     Crystal J. Bultje (P80276)
                                                                                      146 Monroe Center St NW, Suite 418
                                                                                      Grand Rapids, MI 49503
                                                                                      (616) 451-8496
                                                                                      showard@pinskysmith.com
                                                                                      cbultje@pinskysmith.com


                                                                  CUNNINGHAM DALMAN, PC
                                                                  Attorneys for Plaintiff Joanna Boer

Dated: June 11, 2024         By:        */s/ Robert M. Howard*
                                                                                    Robert M. Howard, II (P80740)
                                                                                     940 Monroe Ave NW, Suite 253
                                                                                     Grand Rapids, MI 49503
                                                                                      (616) 451-8496
                                                                                      robert@cunninghamdalman.com